The Honorable Lonny R. Suko

Lisa Anne Burke, WSBA #42859
**Heyrich Kalish McGuigan PLLC**
Attorneys for Defendant
1325 Fourth Avenue, Suite 540
Seattle, WA 98101
Tel: (206) 838-2504
Fax: (206) 260-3055
Email: lburke@hkm.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAMIEN WARDE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>B&T KELLEY, INC., d.b.a JACK-SONS SPORTS BAR AND RESTAURANT, a Washington corporation; ROBERT KELLEY and TERESA KELLEY and the marital community thereof, individuals;<br><br>　　　　　Defendants. | NO. CV-11-03081-LRS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　1.　　The parties, through their respective attorneys of record, on January 31, 2013, stipulated to an entry of an Order dismissing Plaintiff's action with prejudice and without an award of costs or attorneys' fees to any party.

ORDER OF DISMISSAL
WITH PREJUDICE
(CV-11-03081-LRS) - 1

**HEYRICH KALISH MCGUIGAN PLLC**
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

2. Pursuant to the foregoing Stipulation of the parties, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed with prejudice and without an award of costs or attorneys' fees to any party.

DATED this 11th day of February, 2013.

*s/Lonny R. Suko*

The Honorable Lonny R. Suko

Presented by:

**Heyrich Kalish McGuigan PLLC**
Attorneys for Plaintiff

By: *s/ Lisa A. Burke*
Lisa A. Burke, WSBA #42859
1325 Fourth Ave., Suite 540
Seattle, WA 98101
Tel: (206) 838-2504
Email: lburke@hkm.com

Approved as to Form;
Notice of Presentation Waived:

**Larson Berg & Perkins PLLC**
Attorneys for Defendant

By: *s/ D.R. Case*
D.R. Case, WSBA #34313
105 North Third Street
Yakima, WA 98907
Tel: (509) 457-1515
Email: Rob@LBPlaw.com

ORDER OF DISMISSAL
WITH PREJUDICE
(CV-11-03081-LRS) - 2

**HEYRICH KALISH MCGUIGAN PLLC**
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504